UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                                    Chapter 13

Ezroy C. Spencer,                                              Case No. 09-74255

    Debtor.                                                       Hon. Phillip J. Shefferly
_____/

Maple Forest Condominium Association,              Adversary Proceeding No. 10-04501-PJS
a/k/a Red Maple Lane Association,

    Plaintiff,

v.

Ezroy C. Spencer,

    Defendant.
_____/

## JUDGMENT GRANTING DECLARATORY RELIEF

On February 8, 2010, the Plaintiff filed this adversary proceeding seeking declaratory relief against the Defendant. Among other relief, the complaint sought a declaration that the condominium association fees assessed post-petition with respect to the Defendant's condominium at 801 Red Maple Lane, Unit 63 ("Condominium"), are not discharged under the Defendant's Chapter 13 plan filed in the Defendant's Chapter 13 bankruptcy case. On October 6, 2010, the Court entered an order granting Defendant's motion for summary judgment with respect to the declaratory relief sought by Plaintiff's complaint regarding the post-petition condominium association dues with respect to the Condominium. On August 22, 2011, the United States District Court for the Eastern District of Michigan entered an order in District Court Case No. 10-cv-14413 that reversed in part

this Court's October 6, 2010 order and remanded this adversary proceeding back to the Bankruptcy Court for further proceedings consistent with the District Court's opinion and order. Pursuant to the remand order, this Court scheduled a hearing on October 3, 2011. Accordingly, for the reasons set forth in the opinion and order of the United States District Court, and for the reasons set forth on the record in open court on October 3, 2011,

**IT IS HEREBY ORDERED** that a declaratory judgment is entered in favor of Plaintiff and against Defendant.

**IT IS FURTHER ORDERED** that the condominium association fees that accrued post-petition with respect to the Condominium are not discharged by the Defendant's Chapter 13 plan confirmed in the Defendant's Chapter 13 case.

.

**Signed on October 03, 2011**

                                            **/s/ Phillip J. Shefferly**
                                           **Phillip J. Shefferly**
                                           **United States Bankruptcy Judge**